Argued and submitted March 21, reversed and remanded July 6, 1994

RANDALL M. DARRIEN,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(A9307-04716; CA A81253)

876 P2d 867

Garrett A. Richardson argued the cause for appellant. With him on brief was Multnomah Defenders, Inc.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *Kumar v. Schiedler*, 128 Or App 572, 876 P2d 808 (1994).